UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JOHNNIE STERLING, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVE DORMIRE, )<br>)<br>Defendant. )<br>)<br>) | No. 1:15-CV-0123-SNLJ |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's pro se complaint. Plaintiff, an inmate currently being held at Southeast Correctional Center, in Charleston, Missouri, has filed what appears to be a civil rights action complaining of a failure by correctional officials to treat his serious medical condition.

However, plaintiff has written his allegations on a writ of habeas corpus form, rather than on the Court's Prisoner Civil Rights Complaint Form, which is required by this Court, pursuant to Local Rule 2.06(A). The manner in which plaintiff has submitted his claims has made the lawsuit difficult to review. As such, the Court will ask the plaintiff to resubmit his allegations on the Prisoner Civil Rights Complaint Form. Plaintiff need not resubmit his IRR or administrative grievance appeals. However, if plaintiff wishes to submit any medical documentation with his amended complaint, he may do so in compliance with Fed.R.Civ.P.10(c).

In his amended complaint, plaintiff should take care to properly name the defendants he wishes to sue in this action and the capacity he wishes to sue each defendant (either individual or official). Plaintiff shall also take care to attempt to link each stated claim to each named

defendant.

Further, because plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis along with a prison account statement, he will be required to submit these documents as well in order to proceed with the present action. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's form Prisoner Civil Rights Complaint.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's Motion to Proceed in Forma Pauperis - Prisoner Cases.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, he must also submit a certified copy of his prison account statement for the six month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the court

will dismiss this action without prejudice. If the case is dismissed, the dismissal will not constitute a "strike" under 28 U.S.C. § 1915(g).

Dated this 6th day of July, 2015.

_____
**STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE**